WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

GILBERT GAGE CONTRERAS,　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
LELAND DUDEK[1], Acting　　　　　　)
Commissioner of Social Security　　　)
Administration,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　　　　)
_____)

CASE NO.: **EDCV 24-01419 ADS**

ORDER AWARDING
EAJA FEES

　　　　Based upon the parties' Stipulation for Award and Payment of Equal Access
to Justice Act (EAJA) Fees ("Stipulation"),

　　　　**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the
Equal Access to Justice Act, ("EAJA") in the amount of FIVE THOUSAND
THREE HUNDRED DOLLARS and 00/cents ($5,300.00), as authorized by  28
U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

　　　　DATED: 02/28/2025　　　　　　　/s/ Autumn D. Spaeth
　　　　　　　　　　　　　　　　　　HONORABLE AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Leland Dudek is now the Acting Commissioner of the Social Security Administration.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be
substituted for Commissioner Martin J. O'Malley as the defendant in this suit.  No further action
needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the
Social Security Act, 42 U.S.C. § 405(g).